IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. ROBINSON, | NO. C-14-3532 MMC |
| Plaintiff, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant / | |

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

COURT TRIAL DATE: Monday, September 26, 2016 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be  Five (5)  days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  April 11, 2016 .

DESIGNATION OF EXPERTS:

Plaintiff/Defendant: No later than  May 2, 2016 .
Plaintiff/Defendant: Rebuttal no later than  May 20, 2016 .

Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :  June 10, 2016 .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than June 24, 2016, and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge N/A and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE: September 13, 2016 at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.** Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than August 8, 2016.

FURTHER STATUS CONFERENCE: Friday, June 17, 2016, at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, June 10, 2016.

ADDITIONAL ORDERS:

> Case previously referred to ADR Department for court-sponsored mediation - to be held no later than March 1, 2016.

> See Pretrial Instructions attached to Pretrial Preparation Order filed November 21, 2014.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: July 16, 2016

_____
MAXINE M. CHESNEY
United States District Judge