AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

John Robinson

    Plaintiff(s),

V.

United States of America and DOES 1-25

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-03532

Notice is hereby given that, subject to approval by the court, __John Robinson__ substitutes (Party(s) Name)

__Ethan A. Wimert__ (Name of New Attorney), State Bar No. __266059__ as counsel of record in place of __Christopher B. Dolan__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

 Firm Name: Heinrich Law, P.C.
 Address: 180 Grand Avenue, Suite 1390; Oakland, CA 94612
 Telephone: (510) 944-0110  Facsimile (510) 944-0109
 E-Mail (Optional): marjorie@heinrichlaw.net

I consent to the above substitution.
Date: 8/3/15

(Signature of Party(s))

I consent to being substituted.
Date: 8/12/5

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/6/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 17, 2015

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]