1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  WARREN METLITZKY (CABN 220758)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7066
6      Facsimile:  (415) 436-6748
       Email:  warren.metlitzky@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | JOHN P. ROBINSON,                          Case No. 14-03532 MMC

15 |              Plaintiff,                    **STIPULATION AND [~~PROPOSED~~]**
                                                **ORDER CONTINUING CASE**
16 |    v.                                      **MANAGEMENT DEADLINES**

17 | UNITED STATES OF AMERICA, and DOES 1
   | to 25, inclusive,                            AS MODIFIED
18 |
   |              Defendants.
19

20
          Plaintiff John P. Robinson and Defendant United States of America request that the Court
21
   continue the case management deadlines in this action by approximately six to eight weeks, as set forth
22
   in the table below. Good cause exists to continue the deadlines for the following reasons.
23
          *First*, Mr. Robinson's latest surgery and subsequent recovery took place approximately six to
24
   eight weeks later than the parties anticipated.  On July 15, 2015, the Court issued an order, based on the
25
   parties' stipulation, that set an amended case management schedule and trial date (ECF No. 24).  The
26
   parties expected that Mr. Robinson's latest orthopedic surgery and subsequent recovery would begin in
27
   September or October of 2015 (ECF No. 23 at 1-2). The parties noted that after his surgery and recovery
28

STIP & [PROPOSED] ORDER TO CONT. DEADLINES
Case No. 14-03532 MMC                          1

and prior to any mediation, the parties would need to conduct medical and vocational evaluations, as well as determine the course, duration and outcome of his neurological treatment. (ECF No. 23 at 2). Based on the expected date of his surgery, parties requested a March 1 mediation deadline and an April 10, 2016 fact discovery cut-off to allow sufficient time for Mr. Robinson's recovery. (ECF No. 23).

Mr. Robinson's surgery was not scheduled until November 2015 rather than September or October as the parties originally anticipated.  This later-scheduled surgery resulting in an approximately 6-8 week delay. Mr. Robinson has now stabilized from his November 2015 surgery. However, as a result of the delay in Mr. Robinson's surgery, the parties have been unable to mediate the case by the March 1, 2016 deadline, and seek to move the mediation deadline and the corresponding close of discovery by approximately two months. The parties need this additional time to complete Mr. Robinson's deposition, defense orthopedic and neurological examinations of Mr. Robinson, and follow-up discovery. The examinations and deposition are critical for the parties' to have a meaningful mediation. Mr. Robinson's deposition is currently scheduled for March 2, 2016, and an orthopedic medical examination is scheduled for March 24, 2016. In the interim, the parties engaged in discovery unrelated to Mr. Robinson's medical condition, including additional written discovery, third party subpoenas, and the deposition of the United States' employee involved in the accident with Mr. Robinson.  The parties intend to be prepared to mediate the case on or before April 30, 2016.

*Second*, current counsel for the United States will be leaving government employment in March. The newly-assigned Assistant United States Attorney who will be handling this matter after that date has a two-week, pre-planned vacation and will be out of the country on September 13, 2016, this day this case is set for trial. Continuing the case management dates, including the trial date, by approximately two months will allow the newly-assigned counsel sufficient time to prepare pretrial filings and to try this matter, should the case not resolve earlier.

As discussed above, there has been one prior continuance of the case management schedule. (ECF Nos. 23-24). For scheduling purposes, the parties note that this case is brought under Federal Tort Claims Act ("FTCA"). As a result, the trial be heard by the Court rather than a jury, and may not require that the Court hold the trial on consecutive days.

NOW, THEREFORE, the parties hereby stipulate and agree that the case management schedule and trial date be continued by approximately six-eight weeks as follows, subject to the Court's availability.

| Event | Current | Proposed |
|---|---|---|
| Last day for mediation | March 1, 2016 | April 30, 2016 |
| Non-expert discovery cut-off | April 11, 2016 | May 27, 2016 |
| Designation of experts | May 2, 2016 | June 17, 2016 |
| Designation of rebuttal experts | May 20, 2016 | July 8, 2016 |
| Expert discovery cut-off | June 10, 2016 | July 22, 2016 |
| Further status conference statement due | June 10, 2016 | July 22, 2016 |
| Further status conference | June 17, 2016 | July 29, 2016 |
| Dispositive motions filed by | June 24, 2016 | August 5, 2016 |
| Pretrial Meet and Confer | August 8, 2016 | October 3, 2016 |
| Pretrial conference date | September 13, 2016 at 3 p.m. | November 1, 2016 at 3 p.m. |
| Trial date | September 26, 2016 at 9 a.m. | November 14, 2016 at 9 a.m. |

DATED: February 25, 2016         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　MARJORIE J. HEINRICH
　　　　　　　　　　　　　　　　Attorney For JOHN P. ROBINSON

*As the ECF User whose identification and password are being used to file this Stipulation, I attest under penalty of perjury that plaintiff's counsel has concurred in the filing of this document.*

DATED: February 25, 2016         Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　 /s/ *Warren Metlitzky*
　　　　　　　　　　　　　　　　WARREN METLITZKY
　　　　　　　　　　　　　　　　Assistant United States Attorney

STIP & [PROPOSED] ORDER TO CONT. DEADLINES
Case No. 14-03532 MMC                     3

1

**[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the trial date is
3  continued to January 17, 2017, the parties' preferred date being unavailable. Additionally, the
   deadline to meet and confer and the date of the Pretrial Conference will be continued as set
4  forth in the Second Amended Pretrial Preparation Order, filed concurrently herewith.

5

6  DATED: February 26, 2016

7  _____
   MAXINE M. CHESNEY
8  US DISTRICT JUDGE