IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. ROBINSON, | NO.  C-14-3532  MMC |
| Plaintiff, | **SECOND AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

COURT TRIAL DATE:  Tuesday, January 17, 2017  at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be   Five (5)   days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :   May 27, 2016   .

DESIGNATION OF EXPERTS:

Plaintiff/Defendant:  No later than    June 17, 2016    .
Plaintiff/Defendant: Rebuttal no later than    July 8, 2016    .

Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :    July 22, 2016    .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than     August 5, 2016    , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge    N/A    and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:  January 3, 2017    at **10:00 a.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than November 28, 2016.

FURTHER STATUS CONFERENCE:  Friday,  July 29, 2016 , at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  July 22, 2016 .

ADDITIONAL ORDERS:

> Case previously referred to ADR Department for court-sponsored mediation - to be held no later than April 30, 2016.
>
> See Pretrial Instructions attached to Pretrial Preparation Order filed November 21, 2014.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  February 26, 2016

_____
MAXINE M. CHESNEY
United States District Judge