1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   FAX: (408) 535-5081
6  E-mail: michael.t.pyle@usdoj.gov

7  Attorneys for Defendant
   UNITED STATES OF AMERICA
8

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | JOHN P. ROBINSON,                          | Case No. 14-03532 MMC (DMR)
15 |                          Plaintiff,        | **JOINT NOTICE OF LEAD TRIAL
   |                                            | COUNSELS' UNAVAILABILITY FOR
16 |       v.                                   | SETTLEMENT CONFERENCE ON
   |                                            | SEPTEMBER 27, 2016 AND
17 | UNITED STATES OF AMERICA, and DOES 1       | [PROPOSED] ORDER RE-
   | to 25, inclusive,                          | SCHEDULING SETTLEMENT
18 |                                            | CONFERNECE**
   |                          Defendants.       |
19 |                                            |
   |                                            | Hon. Maxine M. Chesney
20

21

22         On July 22, 2016, District Judge Maxine M. Chesney issued an order referring this case to

23  Magistrate Judge Donna M. Ryu for settlement purposes. ECF No. 42. On July 25, 2016, Defendant's

24  counsel e-mailed Judge Ryu's Courtroom Deputy, Ms. Garcia, to provide a copy of the order referring

25  the case to Judge Ryu for settlement purposes and to ask whether Ms. Garcia could provide some dates

26  that Judge Ryu had available for the settlement conference. Ms. Garcia did not respond to the e-mail,

27  and on July 27, 2016, Judge Ryu issued an order giving notice of a settlement conference scheduled for

28

1 | September 27, 2016 at 11:00 a.m.  ECF No. 43.

2 |     Defendant's counsel promptly e-mailed Judge Ryu's Courtroom Deputy, Ms. Garcia, to advise that lead counsel for both parties were unavailable on September 27, 2016 for a settlement conference and proposed some dates in early October that all parties were available. Ms. Garcia promptly responded and advised that Judge Ryu had ordered the parties to e-file a document about the scheduling conflict and to list all available dates in October for which the parties are available for a settlement conference. On July 28, 2016, Ms. Garcia advised that the parties should also list available dates in November.

    The Court's notice (ECF No. 43) specifies that "Lead trial counsel shall appear at the settlement conference . . .".  Plaintiff's lead trial counsel, Marjorie Heinrich, is unavailable on September 27, 2016 because she will be on a long-planned vacation that week and it is not possible to change the dates of this vacation.  Defendant's lead trial counsel, AUSA Michael Pyle, is currently scheduled for a medical procedure the morning of September 27; that procedure cannot be performed earlier and Mr. Pyle has been advised that it should not be further delayed.

    The parties report that they are available on the following days in October:

    6, 7, 11, 12, 13, 14, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28 or 31.

    The parties report that they are available on the following days in November:

    1, 2, 3, 4, 7, 8, 9, 10, 14, 15, 16, 17, or 18.

    The parties would prefer the earliest possible date that is consistent with Judge Ryu's schedule. For the Court's convenience, the parties have included a proposed order below.

DATED: July 28, 2016                              Respectfully submitted,

                                                      /s/
                                          MARJORIE J. HEINRICH
                                          Attorney For JOHN P. ROBINSON

*As the ECF User whose identification and password are being used to file this Stipulation, I attest under penalty of perjury that plaintiff's counsel has concurred in the filing of this document.*

///
///
///
///
///
///
///
///
///

JOINT NOTICE OF LEAD TRIAL COUNSEL'S UNAVAILABILITY FOR SETTLEMENT CONFERENCE & [PROPOSED] ORDER
Case No. 14-03532 MMC  (DMR)            2

DATED: July 28, 2016                   Respectfully submitted,

                                       BRIAN J. STRETCH
                                       United States Attorney

                                        /s/ *Michael T. Pyle*
                                       MICHAEL T PYLE
                                       Assistant United States Attorney

### [~~PROPOSED~~] ORDER

The Court continues the settlement conference in this case from September 27, 2016, at the request of the parties based on the unavailability of lead trial counsel, to ~~October~~ November 3, 2016 at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland California, 94612.  Except for this change in the date of the settlement conference, all provisions in the Court's order (ECF No. 43) shall be complied with by the parties.

DATED: July 28, 2016

DONNA M. RYU
US MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Donna M. Ryu